UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMY D. BIZZELL, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION, MALENG REGIONAL JUSTICE CENTER, <br><br> Defendant. | Case No. C16-401-JLR <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, *Plaintiff (sic) Objection to Report and Recommendation (Okt 34)* and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED without prejudice for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

DATED this 28th day of November, 2016.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1